IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

MOZELL SIMMONS, # 76730                                             PLAINTIFF

VS.                                                          CIVIL ACTION NO. 2:09cv104-MTP

DR. RONALD WOODALL                                        DEFENDANT

**ORDER DIRECTING RESPONSE TO MOTION**

Presently pending before the court is a Motion for Summary Judgment [27] filed by Defendant on February 18, 2010. Plaintiff has not responded to the motion. Because the motion, if granted, could result in the dismissal of this case, the court will afford Plaintiff a final opportunity to respond to the motion.

It is, therefore, ORDERED and ADJUDGED that:

1.       Plaintiff shall file his response to the motion on or before April 5, 2010; and

2.       Should Plaintiff fail to respond by April 5, 2010, the motion will be considered and ruled upon without his response.

SO ORDERED AND ADJUDGED this the 22nd day of March, 2010.

                                                             s/ Michael T. Parker
                                                             United States Magistrate Judge